IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR244-2 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| EDDIE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered for the United States of America and against the defendant, Eddie Johnson, providing that the defendant shall take nothing; the defendant's motion to vacate, set aside, or correct his sentence (filing 159) is denied as time-barred and this § 2255 proceeding is dismissed with prejudice.

June 2, 2008.               BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge